# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

C.I.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2023-2458

_____

April 24, 2024

Appeal from the Circuit Court for Hillsborough County; Daryl M. Manning, Judge.

David A. Dee of David Dee Law, Tampa, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals and Sarah T. Weitz, Statewide Guardian ad Litem Office, Tallahassee, for Appellee Statewide Guardian ad Litem Office.


PER CURIAM.

    Affirmed.


CASANUEVA, KELLY, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.